BANDER LAW FIRM, LLP
Timothy Umbreit (SBN 145932)
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 873-4333
Facsimile: (213) 873-4334

Attorney for Debtors William Graham Hall & Kathy Anne Hall

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:    William Graham Hall &<br><br>Kathy Anne Hall,<br><br>                         Debtor<br><br><br>William Graham Hall &<br><br>Kathy Anne Hall,<br><br>                         Plaintiff,<br><br>v.<br><br>        2ND LIENHOLDER,<br><br>                         Defendant | Case No.: 2:10-bk-10667<br>CHAPTER 13<br><br>COMPLAINT BY DEBTORS WILLIAM GRAHAM HALL AND KATHY ANNE HALL TO:<br>1.) ESTABLISH THE VALUE OF THE DEBTOR'S PRIMARY RESIDENCE;<br>2.) DETERMINE THE AMOUNT AND EXTENT OF THE SECOND DEED OF TRUST (LIEN) IN FAVOR OF CITIMORTGAGE, INC.; AND<br>3.) AVOID AND REMOVE THE LIEN OF THE SECOND TRUST DEED OF CITIMORTGAGE, INC.<br><br>DATE:        [No hearing set]<br>TIME:<br>COURT ROOM: |

**TO THE HONORABLE ELLEN CARROLL, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

PLAINTIFF AND DEBTOR William Graham Hall and Kathy Anne Hall, hereby alleges as follows:

## JURISDICTION / CORE PROCEEDING

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 157 and 1334, and the Standing Order of reference of the Chief Judge of the United States District Court for the Central District of California dated July 20, 1984. Plaintiff is the Debtor in this matter and the complaint asserts causes of action owned by the Plaintiff.

2. This proceeding is a core proceeding. To the extent that this adversary proceeding is deemed a non-core proceeding, Plaintiff and Debtor consents to the entry of a final order and judgment by this Bankruptcy Court.

3. Plaintiff William Graham Hall and Kathy Anne Hall are a married couple residing in the Central District of California's Los Angeles Division. Accordingly, venue is proper in the Central District of California's Los Angeles Division.

4. Defendant CitiMortgage, Inc. is a corporation doing business in the Central District of California's Los Angeles Division. Accordingly, venue is proper in the Central District of California's Los Angeles Division.

5. Plaintiff filed this Chapter 13 proceeding on January 8, 2010.

6. Kathy A. Dockery is the duly appointed and qualified Chapter 13 Trustee in this case.

7. As reflected in the bankruptcy schedules filed herein, Plaintiff's primary residence is located at 27945 Tyler Lane, Unit 338, Santa Clarita, California 91387 (hereinafter referred to as the "Property"). Plaintiff owns the Property in fee simple.

## FIRST CLAIM FOR RELIEF: TO DETERMINE THE EXTENT, VALIDITY AND PRIORITY OF THE SECOND DEED OF TRUST OF DEFENDANT CITIMORTGAGE, INC. (11 U.S.C.§ 506 (A))

8.  Plaintiff reasserts, realleges and incorporates herein by reference each and every allegation contained in all the preceding paragraphs as though set forth in full.

9.  The Property is worth no more than $145,000.00 based on an appraisal from an independent, third party appraiser. Attached as Exhibit "B" is a copy of the appraisal of the property by the independent third party appraiser.

10. The lien of the First Deed of Trust is currently held by BAC Home Loans Servicing, L.P. The First Deed of Trust is current at least $209,985.27, based upon the amount listed on the Schedule D of the voluntary petition. The amount owing on the Second Deed of Trust is currently at least $79,862.29, based upon the amount listed on the Schedule D of the voluntary petition. Attached as Exhibit "A" to the Declaration of Debtor is a true and correct copy of the schedule D.

11. Section 506 of the *Bankruptcy Code*, 11 U.S.C. §506, *Determination of Secured Status*, states:

> (a) An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

COMPLAINT BY DEBTORS WILLIAM GRAHAM HALL AND KATHY ANNE HALL

12. Although Chapter 13 generally permits the modification of the rights of holders of secured claims, an exception is carved out for those claims secured only by a security interest in real property that is the debtor's principal residence. The Ninth Circuit, however, has established an exception to this exception. In the matter of In re Zimmer, 313 F.3d 1220 (9th Cir. 2002), the Court explained "a claim such as a mortgage is not a 'secured claim' to the extent that it exceeds the value of the property that secures it. ... [N]ot every claim that is secured by a lien on property will be considered a 'secured claim'. Here, it is plain that [the junior lienholder's] claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house." Id. at 223. The Court concluded: "In order to give effect to the definitions of secured and unsecured claims under §506(a), we must conclude that the rights of a creditor holding only an unsecured claim [in the debtor's residence] may be modified under §1322 (b)(2)." Id. at 1227.

13. As indicated above, the lien of BAC Home Loans Servicing, L.P. secured by its First Deed of Trust on the Property had a balance shortly before the filing of this proceeding in the amount of $209,985.27. That amount exceeds Plaintiff's the appraised fair market value of the Property as set forth in Exhibit "C" of $145,000.00. Accordingly, Defendant CitiMortgage, Inc.'s Second Trust Deed on the Property is wholly unsecured and may therefore be avoided and stripped.

WHEREFORE, Plaintiff requests that this honorable Court enter judgment in favor of Plaintiff as follows:

   a)  Establishing that the value of Plaintiff's primary residence is $145,000.00;

COMPLAINT BY DEBTORS WILLIAM GRAHAM HALL AND KATHY ANNE HALL

b) Determining that the claim of CitiMortgage, Inc. secured by its Second Deed of

Trust is limited solely to an unsecured nonpriority claim to the extent that one is

asserted at all;

c) Holding that the Second Deed of Trust of CitiMortgage, Inc. on the Property is

avoided in its entirety; and

d) For such other and further relief as the Court may deem appropriate.


Dated: January 8, 2010                                    By:  ___/s/  Timothy Umbreit
                                                               Timothy F. Umbreit
                                                               Attorney for the Debtors
                                                               William Graham Hall &
                                                               Kathy Anne Hall

COMPLAINT BY DEBTORS WILLIAM GRAHAM HALL AND KATHY ANNE HALL

## DECLARATION OF WILLIAM GRAHAM HALL AND KATHY ANNE HALL IN SUPPORT OF MOTION TO EXTINGUISH SECOND DEED OF TRUST (LIEN) OF CITIMORTGAGE, INC.

We, William Graham Hall and Kathy Anne Hall, do hereby declare that all of the following is true and correct to the best of our personal knowledge and if called upon as a witness we could and would competently testify to the truthfulness of all of the below statements.

1   We are the Debtors in the instant bankruptcy proceeding, case number 2:10-bk-10667.

2   I filed bankruptcy to save real property, including my principle residence located at 27945 Tyler Lane, Unit 338, Santa Clarita, California 91387 ("The Property").

3   The property is worth no more than $145,000.00 based on an appraisal from an independent, third party appraiser. Attached as Exhibit "B" is a copy of the appraisal of the property by the independent, third party appraiser.

4   The lien of the First Deed of Trust is currently held by BAC Home Loans Servicing, L.P. The First Deed of Trust is currently at least $209,985.27, based upon the amount listed on Schedule D of the voluntary petition. Attached as Exhibit "A" to the Declaration of the Debtor is a true and correct copy of the Schedule D.

5   The lien of the Second Deed of Trust is currently held by CitiMortgage, Inc. The Second Deed of Trust is currently at least $79,862.29, based upon the amount listed on Schedule D of the voluntary petition. Attached as Exhibit "A" to the Declaration of the Debtor is a true and correct copy of the Schedule D.

1

2          I declare under penalty of perjury under the laws of the State of California and United

3   States that the foregoing is true correct.

4

5          Executed on January 8, 2010, at Los Angeles, California.

6

7                                                    /s/ William Graham Hall
                                                     William Graham Hall
8

9                                                    /s/ Kathy Anne Hall
                                                     Kathy Anne Hall
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Debtor's Schedule D

B6D (Official Form 6D) (12/07)

In re   William Graham Hall & Kathy Anne Hall                ,         Case No. _____
                                Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 128104267<br><br>BAC Home Loans Servicing, LP<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | | C | Lien: Deed of Trust<br>Security: Principle Residence<br><br>VALUE $     152,000.00 | | | | 209,985.27 | 57,985.27 |
| ACCOUNT NO. 650-10008612129<br><br>Bank of America<br>PO Box 15220<br>Wilmington, DE 19886-5220 | | C | Lien: PMSI in vehicle<br>Security: 2006 Pontiac G6<br><br>VALUE $     5,550.00 | | | | 5,622.49 | 72.49 |
| ACCOUNT NO. 2003645116-7<br><br>CitiMortgage, Inc.<br>PO Box 6006<br>The Lakes, NV 88901-6006 | | C | Lien: Deed of Trust<br>Security: Principle Residence<br><br>VALUE $     152,000.00 | | | | 79,862.29 | 79,862.29<br>This amount based upon existence of Superior Liens |

    0   continuation sheets attached

|  | Subtotal ▶<br>(Total of this page) | $ 295,470.05 | $ 137,920.05 |
|---|---|---|---|
|  | Total ▶<br>(Use only on last page) | $ 295,470.05 | $ 137,920.05 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.0-743 - 32825 - PDF-XChange 2.5 DE

# EXHIBIT B

Appraisal of the Property by the
Independent Third Party Appraiser

# INVOICE

**FROM:**
Rex D Robinson
RR Appraisals
33444 Steele Avenue
Saugus, CA 91390

Telephone Number: 661-252-7674          Fax Number: 661-252-7899

| INVOICE NUMBER |
| --- |
| 0003384 |

| DATE |
| --- |
| 12/19/2009 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | 0003384 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 0003384 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
Bill Hall

Telephone Number:            Fax Number:
Alternate Number:            E-Mail:

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: Bill Hall | | Client: Bill Hall | |
| Purchaser/Borrower: n/a | | | |
| Property Address: 27945 Tyler Lane | | | |
| City: Santa Clarita | | | |
| County: Los Angeles | | State: CA | Zip: 91387-4300 |
| Legal Description: TR=34251 LOTS 4, 15, 16 CONDOMINIUM* | | | |

| FEES | AMOUNT |
| --- | --- |
| Form 1073/FHA | 450.00 |

**Please make checks payable to Rex Robinson. Thank you!**

| | SUBTOTAL | 450.00 |
| --- | --- | --- |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: 5550 | Date: 12/19/2009 | Description: Pd COD | 275.00 |
| Check #: Cash | Date: 12/19/2009 | Description: Pd COD | 175.00 |
| Check #: | Date: | Description: | |

| | SUBTOTAL | 450.00 |
| --- | --- | --- |

| | TOTAL DUE | $ | 0 |
| --- | --- | --- | --- |



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
27945 Tyler Lane # 338
APN 2844-027-136  TR=34251 LOTS 4, 15, 16 CONDOMINIUM*
Santa Clarita, California 91387-4300

### FOR:
Bill Hall
27945 Tyler Lane # 338
Santa Clarita, California 91387

### AS OF:
December 19, 2009

### BY:
Rex D Robinson
RR Appraisals
33444 Steele Street
Saugus, California 91390
661-252-7674

# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

RR Appraisals

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | n/a | | | | | |
| Property Address | 27945 Tyler Lane | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code  91387-4300 |
| Lender | Bill Hall | | | | | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

---

**This Multi-Purpose Supplemental Addendum is for use with any appraisal.  Only those statements which have been checked by the appraiser apply to the property being appraised.**

---

## ☒   PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein.  The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes.  This is a federally related transaction.

## ☒   EXTENT OF APPRAISAL PROCESS

☒  The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area.  The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available.  The original source is presented first.  The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used.  Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒  The Reproduction Cost is based on   Marshall and Swift Cost Evaluation Handbook
supplemented by the appraiser's knowledge of the local market.

☒  Physical depreciation is based on the estimated effective age of the subject property.  Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda.  In estimating the site value, the appraiser has relied on personal knowledge of the local market.  This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒  The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐  The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties.  The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐  For income producing properties, actual rents, vacancies and expenses have been reported and analyzed.  They have been used to project future rents, vacancies and expenses.

## ☒   SUBJECT PROPERTY OFFERING INFORMATION

According to   MLS/First Southwestern Title                                                    the subject property:
☒  has not been offered for sale in the past:  ☐ 30 days  ☐ 1 year  ☒ 3 years.
☐  is currently offered for sale for $
☐  was offered for sale within the past:  ☐ 30 days  ☐ 1 year  ☐ 3 years    for $                                    .
☐  Offering information was considered in the final reconciliation of value.
☐  Offering information was not considered in the final reconciliation of value.
☐  Offering information was not available.  The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

## ☒   SALES HISTORY OF SUBJECT PROPERTY

According to   NDC/DataQuick/First Southwestern Title/Subject 36 month sales history                  the subject property:
☒  Has not transferred  ☐ in the past twelve months.  ☒ in the past thirty-six months.  ☐ in the past 5 years.
☐  Has transferred  ☐ in the past twelve months.  ☐ in the past thirty-six months.  ☐ in the past 5 years.
☐  All prior sales which have occurred in the past 3 years are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## ☒   FEMA FLOOD HAZARD DATA

☐  Subject property is not located in a FEMA Special Flood Hazard Area.
☒  Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| D | 060729-0840F | 9/26/2008 | Canyon Country |

☐  The community does not participate in the National Flood Insurance Program.
☐  The community does participate in the National Flood Insurance Program.
☐  It is covered by a regular program.
☐  It is covered by an emergency program.

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## ☒ CURRENT SALES CONTRACT

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of _____
_____ Estimated contributory value is $ _____ .
☒ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives: _____
_____ .
☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so
that the final value conclusion is in compliance with the Market Value defined herein.

## ☒ MARKET OVERVIEW    Include an explanation of current market conditions and trends.

__3-6_____ months is considered a reasonable marketing period for the subject property based on __analysis of current economic trends___
_____ .

## ☒ ADDITIONAL CERTIFICATION

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional
Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount
of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

## ☒ ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental
environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental
environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated
any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated
in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of
hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

## ☒ ADDITIONAL COMMENTS

THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR PERSONAL USE ONLY. THIS REPORT IS NOT INTENDED FOR ANY
OTHER PURPOSE.

## ☒ APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Appraiser's Signature _R. D. R._____  Effective Date _December 19, 2009_____  Date Prepared _December 26, 2009_____
Appraiser's Name (print) _Rex D Robinson_____  Phone # _(661) 252-7674_____
State _California____  ☐ License _____  ☒ Certification # _AR025638_____  Tax ID # _____

## ☐ CO-SIGNING APPRAISER'S CERTIFICATION

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales
listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts
responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply
fully to the co-signing appraiser.
☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the
contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing
appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the
co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section
of this appraisal.

## ☐ CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION

Co-Signing
Appraiser's Signature _____  Effective Date _____  Date Prepared _____
Co-Signing Appraiser's Name (print) _____  Phone # _____
State _____  ☐ License _____  ☐ Certification # _____  Tax ID # _____

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Supplemental Addendum**

File No. 0003384

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
| Lender | Bill Hall | | | | | | |

## PURPOSE OF THE REPORT

The purpose of the report is to present reasonable support for an opinion of the current probable fee simple interest at the date of the appraisal. This report is intended to be used for personal use only and is invalid for other purpose.

## SCOPE OF THE APPRAISAL

This report is intended for personal use only. The reader should be advised that appraisals are the result of an inexact science and that estimated market value is dependent upon conditions and perceptions of market value that are likely to change over time. This  valuation represents an opinion estimate only and is not intended to be a guarantee of assurance of resale value. This report utilizes one standard approach determining the value of condominium residences: The Sales Comparison Approach.

## DEFINITION OF MARKET VALUE

See Attachment, Form 1073

## DATE OF VALUE

The opinion of estimated market value expressed herein is stated as of the effective date of the Appraisal given on page 4 of FNMA Form 1073 attached, and considers market conditions and data available as of that date. The date the appraisal was prepared is on the certification page of the addendum. This opinion is intended to represent the real estate related purchasing power of the U.S. dollar in this local as the effective date of the appraisal. It is not intended to represent any fractional valuations or value forecasts.

## HIGHEST AND BEST USE

The subject propertys current improved use meets the four tests of highest and best use. It is physically possible, legally permissible, financially feasible, and productive.

## SUBJECT SALES HISTORY

The subject property has not been listed nor sold in the past 36 months.

## HAZARDOUS MATERIALS

Unless otherwise stated in this report, existence of hazardous material, which may or may not be on the subject property was not observed by this appraiser.  However, this presence of substances such as Asbestos, UREA-Formaldehyde, Foam Insulation, or other potentially hazardous materials may have an effect on the marketability of the subject property.  The value estimate given in this appraisal report is predicated on the assumption that there is no such on or in the subject property that would cause a loss in value.  No responsibility is assumed for any such conditions, or expertise or engineering knowledge required to discover said hazardous materials. The client is urged by this appraiser to retain the services of a qualified professional in this field if there is any indication of concern of the possible hazardous materials by any parties involved in this transaction.

## RADON GAS

To the best of the undersigned's knowledge, the presence of Radon Gas has not been detected on this property. The undersigned does not make any guarantees or warranties that the subject property has been tested for the presence of Radon Gas.

## THIS SUMMARY APPRAISAL REPORT IS INTENDED FOR PERSONAL USE ONLY. THIS REPORT IS NOT INTENDED FOR ANY OTHER PURPOSE.

## THIS REPORT IS A SUMMARY APPRAISAL REPORT OF A COMPLETE APPRAISAL PER STANDARDS RULE 2-2 OF USPAP.

## ELECTRONIC  SIGNATURES

The software programs used to transfer the report electronically provide digital signature security features for the appraiser signing the report. The appraiser that has signed (affixed an electronic signature to this report) has ensured that the signature(s) is/are protected and the appraiser has maintained control of the signature. Electronically affixing a signature to a report carries the same level of authenticity and responsibility as an original ink signature on a paper copy report.

Some pictures used in this report may have been taken from the MLS. They were used as they were a better representation of the subject or comparable. No pictures were altered in any way.

Main File No. 0003384    Page #5

# Personal Letter of Transmittal

File No. 0003384

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
| Lender | Bill Hall | | | | | |

Attn: Bill Hall

File Number:  Tyler(Hall)

In accordance with your request, I have personally inspected and appraised the real property at:

27945 Tyler Lane # 338
Santa Clarita (Canyon Country Area), California 91387

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of        December 19, 2009              is:

$145,000
One Hundred Forty Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

Sincerely,

Rex Robinson

# Individual Condominium Unit Appraisal Report

File # 0003384

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address 27945 Tyler Lane | | Unit # 338 | City Santa Clarita | | State CA | Zip Code 91387-4300 |

Borrower n/a    Owner of Public Record Hall    County Los Angeles

Legal Description  TR=34251 LOTS 4, 15, 16 CONDOMINIUM*

Assessor's Parcel # 2844-027-136    Tax Year 2009    R.E. Taxes $ 2,043.76

Project Name  American Beauty Condos    Phase # First    Map Reference 4551-J2    Census Tract 9200.38

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ n/a    HOA $ 247.00 ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Personal

Lender/Client  Bill Hall    Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    So Cal Regional MLS

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    This is for personal use.

Contract Price $ n/a    Date of Contract n/a    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ YES ☐ NO
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 85 Low 7 | | Multi-Family | 10 % |
| Neighborhood Boundaries   The subject neighborhood is bounded by Beneda Lane to the north, Soledad | | | | | | 370 High 29 | | Commercial | 10 % |
| Canyon Road to the south and east and Sierra Hwy to the west. | | | | | | 145 Pred. 25 | | Other | % |

Neighborhood Description    The subject neighborhood is comprised of mixed use properties. It is well located to all community services such as parks, schools, employment centers and shopping. Access to all support facilities is within 1-7 miles of the subject. Access to the 14 Freeway is approximately 2 miles to the southwest of the subject.

Market Conditions (including support for the above conclusions)    Prices have stabilized over the last year or so and the market activity appears to be slowing in spite of current low level mortgage interest rates. Conventional financing is prevalent with occasional seller assistance. There appears to be a correction in the market which dictates that the most recent sales are usually given the most weight.

**PROJECT SITE**

Topography Level    Size  Typical for area    Density Adequate    View  Residential

Specific Zoning Classification SCRH    General Description  Multi Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☐ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No    FEMA Flood Zone  D    FEMA Map # 060729-0840F    FEMA Map Date 9/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

CCR's & title report have not been researched. There are no adverse easements, encroachments, or other detrimental conditions noted. There are no physical, external nor functional inadequacies noted. Overall maintenance and improvements are typical for the area. The subject is in a flood zone and may require flood insurance.

**PROJECT INFORMATION**

Data source(s) for project information    Management

Project Description ☐ Detached ☒ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | Two | Exterior Walls | Stucco | # of Units | 748 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators | None | Roof Surface | Tile | # of Units Completed | 748 | # of Units | 748 | # of Planned Units | |
| ☒ Existing ☐ Proposed | | Total # Parking | 1,496 | # of Units For Sale | 26 | # of Units for Sale | 26 | # of Units for Sale | |
| ☐ Under Construction | | Ratio (spaces/units) | 2/1 | # of Units Sold | 748 | # of Units Sold | 748 | # of Units Sold | |
| Year Built | 1985 | Type | Garage | # of Units Rented | 167 | # of Units Rented | 167 | # of Units Rented | |
| Effective Age | 10-12 | Guest Parking | Yes | # of Owner Occupied Units | 581 | # of Owner Occupied Units | 581 | # of Owner Occupied Units | |

Project Primary Occupancy ☒ Principle Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group - ☐ Homeowners' Association ☐ Developer ☒ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Draft File No. 0003384   Page #7

# Individual Condominium Unit Appraisal Report

File # 0003384

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.    The subject appears to be in good condition, of average quality, with good unit mix and market appeal.

Describe the common elements and recreational facilities.    Community Pools/Spas and Common Grounds

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No If Yes, describe the rental terms and options.

Is the project subject to a ground rent? ☐ Yes ☒ No If Yes, $_____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    The condominium project budget was not provided and time restraints dictated the appraisal to be completed.

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No If Yes, describe and explain the effect on value and marketability.

Unit Charge $ 247.00 per month X 12 = $ 2,964.00 per year Annual assessment charge per year per square feet of gross living area = $ 3.53

Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer ☐ Cable ☐ Other (describe)

**UNIT DESCRIPTION**

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor # Second | Floors Carpet/Vinyl-Good | | ☐ Fireplace(s) # | ☒ Refrigerator | ☐ None |
| # of Levels One | Walls Drywall-Good | | ☐ WoodStove(s) # | ☒ Range/Oven | ☒ Garage ☐ Covered ☐ Open |
| Heating Type FAU  Fuel Gas | Trim/Finish Wood-Good | | ☐ Deck/Patio | ☒ Disp ☐ Microwave | # of Cars 2 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot Ceramic-Good | | ☒ Porch/Balcony  Cover | ☒ Dishwasher | ☐ Assigned ☒ Owned |
| ☐ Other (describe) | Doors Wood-Good | | ☐ Other | ☐ Washer/Dryer | Parking Space # |

Finished area **above** grade contains:    4 Rooms    2 Bedrooms    2 Bath(s)    840 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    Standard

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject is in good condition and representative of the neighborhood area.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

**PRIOR SALE HISTORY**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    NDCData/Realquest/TheMls/Crisnet

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    NDCData/Realquest/TheMls/Crisnet

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sales for the past | No prior sales for the past | No prior sales for the past | No prior sales for the past |
| Price of Prior Sale/Transfer | 36 months | 12 months | 12 months | 12 months |
| Data Source(s) | NDC Data/Title Co | NDC Data/Title Co | NDC Data/Title Co | NDC Data/Title Co |
| Effective Date of Data Source(s) | 12/12/2009 | 12/12/2009 | 12/12/2009 | 12/12/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    Stated Above

## Individual Condominium Unit Appraisal Report

File # 0003384

| There are | 10 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 119,900 to $ 169,900 . |
| There are | 24 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 110,000 to $ 165,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 27945 Tyler Lane 338 | 28039 Sarabande Lane 122 | 18125 American Beauty Drive 166 | 18129 American Beauty Drive 160 |
| Project Name and Phase | American Beauty Condos APN # 2844-027-136 | American Beauty Condos APN # 2844-026-030 | American Beauty Condos APN # 2844-026-074 | American Beauty Condos APN # 2844-026-111 |
| Proximity to Subject | | 0.06 miles NE | 0.05 miles NW | 0.05 miles NW |
| Sale Price | $ n/a | $ 158,000 | $ 140,000 | $ 147,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 187.20 sq. ft. | $ 147.68 sq. ft. | $ 174.17 sq. ft. |
| Data Source(s) | | NDC Data/MLS/Realtor/Title Co | NDC Data/MLS/Realtor/Title Co | NDC Data/MLS/Realtor/Title Co |
| Verification Source(s) | | Doc # 1826338 | Doc # 1822390 | Doc # 1590053 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | 155,039 1st CNL DOM 5 | | Conventional CNL DOM 7 | | 144,337 1st CNL DOM 6 | |
| Date of Sale/Time | | 12/3/09 COE | | 12/2/09 COE | | 10/21/09 COE | |
| Location | 4551-J2/Aver | 4551-J2/Aver | | 4551-J2/Aver | | 4551-J2/Aver | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 247.00 | 247.00 | | 247.00 | | 247.00 | |
| Common Elements and Rec. Facilities | Com Pool/Spa Common Grds | Com Pool/Spa Common Grds | | Com Pool/Spa Common Grds | | Com Pool/Spa Common Grds | |
| Floor Location | Second | First | | First | | First | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 24 | 26 | | 26 | | 26 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 4 Bdrms. 2 Baths 2 | Total 4 Bdrms. 2 Baths 2 | | Total 6 Bdrms. 3 Baths 2 | -3,000 | Total 4 Bdrms. 2 Baths 2 | |
| Gross Living Area | 840 sq. ft. | 844 sq. ft. | | 948 sq. ft. | -3,240 | 844 sq. ft. | |
| Basement & Finished Rooms Below Grade | None n/a | None n/a | | None n/a | | None n/a | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Garage-2 | Garage-2 | | Garage-2 | | Garage-2 | |
| Porch/Patio/Deck | Porch, Balcony | Porch, Balcony | | Porch, Patio | | Porch, Patio | |
| Kitchen Equipment | Built-Ins | Built-Ins | | Built-Ins | | Built-Ins | |
| Fireplace | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - $ | | ☐ + ☒ - $ | -6,240 | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net Adj. % Gross Adj. % $ | 158,000 | Net Adj. 4.5 % Gross Adj. 4.5 % $ | 133,760 | Net Adj. % Gross Adj. % $ | 147,000 |

Summary of Sales Comparison Approach   The market within the subject area has been researched for the most recent sales utilizing MLS, First Southwestern Title Company, Experian/TRW, National Data Corporation, and Data Quick On-Line Services.

Indicated Value by Sales Comparison Approach $ 145,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | N/D | X Gross Rent Multiplier | N/D | = $ | N/D | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)    The Income Approach to value was not developed and is not relied upon as an indicator of value in this predominantly owner occupied area with insufficient rental data.

Indicated Value by: Sales Comparison Approach $ 145,000    Income Approach (if developed) $ N/D

The Market Approach is given greatest weight as it best reflects the actions of buyers and sellers in the market. The Cost Approach is not developed in a condominium appraisal. The Income Approach is not developed in a condominium appraisal.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  There are no current conditions to this report.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 145,000 , as of December 19, 2009 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005                Page 3 of 6                Fannie Mae Form 1073 March 2005

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Individual Condominium Unit Appraisal Report    File # 0003384

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report    File # 0003384

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 0003384

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an ''electronic record'' containing my ''electronic signature,'' as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an ''electronic record'' containing my ''electronic signature,'' as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**   Rex D Robinson

Signature
Name   Rex D Robinson
Company Name   RR Appraisals
Company Address   33444 Steele Street, Saugus, CA 91390

Telephone Number   (661) 252-7674
Email Address   RRAppraisals@aol.com
Date of Signature and Report   December 26, 2009
Effective Date of Appraisal   December 19, 2009
State Certification #   AR025638
or State License #
or Other                                State #
State   California
Expiration Date of Certification or License   Dec 24, 2010

ADDRESS OF PROPERTY APPRAISED
27945 Tyler Lane, # 338
Santa Clarita, CA 91387-4300
APPRAISED VALUE OF SUBJECT PROPERTY $   145,000
LENDER/CLIENT
Name
Company Name   Bill Hall
Company Address


Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address


Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
     Date of Inspection
☐ Did inspect interior and exterior of subject property
     Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
     Date of Inspection

---

Form 1073 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Individual Condominium Unit Appraisal Report

File # 0003384

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 27945 Tyler Lane 338 | 18193 Sundowner Way 819 | | 18122 Sundowner Way 1107 | | 27921 Tyler Lane 732 | |
| Project Name and Phase | American Beauty Condos APN # 2844-027-136 | American Beauty Condos APN # 2844-028-023 | | American Beauty Condos APN # 2844-030-084 | | American Beauty Condos APN # 2844-028-092 | |
| Proximity to Subject | | 0.06 miles SW | | 0.15 miles SW | | 0.07 miles S | |
| Sale Price | $ n/a | | $ 140,000 | | $ 134,900 | | $ 150,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 165.88 sq. ft. | | $ 160.02 sq. ft. | | $ 158.23 sq. ft. | |
| Data Source(s) | | NDC Data/MLS/Realtor/Title Co | | NDC Data/MLS/Realtor/Title Co | | NDC Data/MLS/Realtor/Title Co | |
| Verification Source(s) | | Doc # 1496058 | | MLS # F1825628 | | MLS # S595700 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | 137,464 1st CNL DOM 14 | | Conventional CNL DOM 6 | | Conventional CNL DOM 20 | |
| Date of Sale/Time | | 10/1/09 COE | | Pending Sale | | Active Listing | |
| Location | 4551-J2/Aver | 4551-J2/Aver | | 4551-J2/Aver | | 4551-J2/Aver | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 247.00 | 247.00 | | 247.00 | | 247.00 | |
| Common Elements and Rec. Facilities | Com Pool/Spa Common Grds | Com Pool/Spa Common Grds | | Com Pool/Spa Common Grds | | Com Pool/Spa Common Grds | |
| Floor Location | Second | Second | | First | | Second | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 24 | 25 | | 24 | | 25 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | -3,000 |
| Room Count | 4  2  2 | 4  2  2 | | 4  2  2 | | 6  3  2 | |
| Gross Living Area | 840 sq. ft. | 844 sq. ft. | | 843 sq. ft. | | 948 sq. ft. | -3,240 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | n/a | n/a | | n/a | | n/a | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Garage-2 | Garage-2 | | Garage-2 | | Garage-2 | |
| Porch/Patio/Deck | Porch, Balcony | Porch, Balcony | | Porch, Balcony | | Porch, Balcony | |
| Kitchen Equipment | Built-Ins | Built-Ins | | Built-Ins | | Built-Ins | |
| Fireplace | None | None | | None | | None | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - $ | | ☐ + ☐ - $ | | ☐ + ☒ - $ | -6,240 |
| Adjusted Sale Price of Comparables | | Net Adj. % Gross Adj. % $ | 140,000 | Net Adj. % Gross Adj. % $ | 134,900 | Net Adj. 4.2 % Gross Adj. 4.2 % $ | 143,760 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sales for the past | 6/30/2009 Trustees Deed | 10/13/2009 Trustees Deed | 9/22/2009 Trustees Deed |
| Price of Prior Sale/Transfer | 36 months | 230,015 Doc # 984386 | 175,749 Doc # 1547223 | 101,200 Doc # 1437358 |
| Data Source(s) | NDC Data/Title Co | NDC Data/Title Co | NDC Data/Title Co | NDC Data/Title Co |
| Effective Date of Data Source(s) | 12/12/2009 | 12/12/2009 | 12/12/2009 | 12/12/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Stated Above

Analysis/Comments    Adjustments were needed as some of the physical characteristics differ from the subject and that of the comparables. These are listed below.

SIZE: $30 per Sq. Ft. is used to adjust for differences in gross living area.

AMENITIES: $3,000 is used to adjust for differences in bedroom count.

MARKET APPROACH: All comps are located in the subjects neighborhood area. The subject is located in the condominium development known as American Beauty Condos in the Canyon Country area of the city of Santa Clarita. The subject is in good condition and representative of the neighborhood area. Comps 1-4 are recent closed sales in the subjects development which are similar to the subject. Comps 1, 3 and 4 are model matches to the subject. Comp 5 is a pending sale of a model match to the subject. Comp 6 is an active listing in the subjects development which is similar to the subject. No short sales were used as comparables. Although other sales were considered in the process of this appraisal, these were deemed to be the most comparable to the subject at the time of this report. All comps are given consideration in arriving at the final estimate of market value.

The subject was inspected with an FHA compliant inspection.

Freddie Mac Form 465 March 2005

Fannie Mae Form 1073 March 2005

Form 1073.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Building Sketch

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | | | |
| City | Santa Clarita | County | Los Angeles | | State | CA | Zip Code 91387-4300 |
| Lender | Bill Hall | | | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 840.0 | 840.0 |
| OTH | Balcony | 50.0 | 50.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 840 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| | Breakdown | Subtotals |
| First Floor | | |
| | 21.0  x    40.0 | 840.0 |
| | | |
| 1 Item | (Rounded) | 840 |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Plat Map**

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
| Lender | Bill Hall | | | | | | |



Main File No. 06565384  Page #15

## Location Map

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
| Lender | Bill Hall | | | | | |



Main File No. 06SC84 | Page #16

**Subject Photo Page**

| Borrower/Client | n/a | | | | | |
| Property Address | 27945 Tyler Lane | | | | | |
| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
| Lender | Bill Hall | | | | | |



### Subject Front

27945 Tyler Lane
| Sales Price | n/a |
| Gross Living Area | 840 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 24 |

### Subject Rear



### Subject Street



**Subject Interior Photo Page**

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | |
| City | Santa Clarita | County | Los Angeles | State CA | Zip Code 91387-4300 |
| Lender | Bill Hall | | | | |



### Living Room

27945 Tyler Lane

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 840 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 24 |



### Dining Area



### Kitchen

**Subject Interior Photo Page**

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 27945 Tyler Lane | | | | |
| City | Santa Clarita | County Los Angeles | State CA | Zip Code 91387-4300 | |
| Lender | Bill Hall | | | | |



**Bedroom**

**27945 Tyler Lane**

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 840 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 24 |



**Bedroom**



**Bathroom**

## Subject Interior Photo Page

| | |
|---|---|
| Borrower/Client | n/a |
| Property Address | 27945 Tyler Lane |
| City | Santa Clarita | County Los Angeles | State CA | Zip Code 91387-4300 |
| Lender | Bill Hall |



### Community Pool/Spa

27945 Tyler Lane

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 840 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 24 |



### Community Playground

## Comparable Photo Page 1-3

| | |
|---|---|
| Borrower/Client | n/a |
| Property Address | 27945 Tyler Lane |

| City | Santa Clarita | County | Los Angeles | State | CA | Zip Code | 91387-4300 |
|---|---|---|---|---|---|---|---|

| Lender | Bill Hall |
|---|---|



### Comparable 1

| | |
|---|---|
| 28039 Sarabande Lane | |
| Prox. to Subject | 0.06 miles NE |
| Sale Price | 158,000 |
| Gross Living Area | 844 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 26 |



### Comparable 2

| | |
|---|---|
| 18125 American Beauty Drive | |
| Prox. to Subject | 0.05 miles NW |
| Sale Price | 140,000 |
| Gross Living Area | 948 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 26 |



### Comparable 3

| | |
|---|---|
| 18129 American Beauty Drive | |
| Prox. to Subject | 0.05 miles NW |
| Sale Price | 147,000 |
| Gross Living Area | 844 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 26 |

## Comparable Photo Page 4-6

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | n/a | | | | |
| Property Address | 27945 Tyler Lane | | | | |
| City | Santa Clarita | County | Los Angeles | State CA | Zip Code 91387-4300 |
| Lender | Bill Hall | | | | |



### Comparable 4

18193 Sundowner Way

| | |
|---|---|
| Prox. to Subject | 0.06 miles SW |
| Sales Price | 140,000 |
| Gross Living Area | 844 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 25 |



### Comparable 5

18122 Sundowner Way

| | |
|---|---|
| Prox. to Subject | 0.15 miles SW |
| Sales Price | 134,900 |
| Gross Living Area | 843 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 24 |



### Comparable 6

27921 Tyler Lane

| | |
|---|---|
| Prox. to Subject | 0.07 miles S |
| Sales Price | 150,000 |
| Gross Living Area | 948 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | 4551-J2/Aver |
| View | Residential |
| Site | 748 Unit/Condo |
| Quality | Average |
| Age | 25 |

**Real Estate Appraiser License - Rex Robinson**



Business, Transportation & Housing Agency

STATE OF CALIFORNIA

OFFICE OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER

AR025638

REX D. ROBINSON

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

Date Issued: December 25, 2008
Date Expires: December 24, 2010

Audit No. 114892

THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"

03/10/09


Rex Robinson d/b/a
RR Appraisals
33444 Steele Street
Saugus                    CA                    91390

Fax #:        (661) 252-7899


Re:      Errors & Omissions for Real Estate Appraisers
         Insurance Company:        Lexington Insurance Company
         Binder #:         53513        Certificate Period:   03/03/09 to 03/03/10
         Certificate #:    F067039124

This note is to confirm that the application on file for the above named
insured shows the following appraisers listed:

**Licensed**                          **Trainees**
Rex David Robinson
Lisa L. Spirito


_Allen D Barry IV_
_____
Allen G. Barry III

OREP; 6760 University Avenue, Suite 250, San Diego, CA 92115
Phone (888) 347-5273;  Fax (619) 704-0567

| In re: William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1055 West Seventh Street, Suite 1950, Los Angeles, California 90017

A true and correct copy of the foregoing document described <u>COMPLAINT BY DEBTORS WILLIAM GRAHAM HALL AND KATHY ANNE HALL</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On [TODAY'S DATE] I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/8/2010 | Justin Kirk | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1634
Los Angeles, CA 90012-3332

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

C T Corporation System
Agent for CitiMortgage, Inc.
818 West Seventh Street
Los Angeles, CA 90017

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1