BANDER LAW FIRM, LLP
Timothy Umbreit (SBN 145932)
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 873-4333
Facsimile: (213) 873-4334

Attorney for Debtors William Graham Hall & Kathy Anne Hall

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:   William Graham Hall & Kathy Anne Hall,<br><br>              Debtors | Case No.: 2:10-bk-10667<br>CHAPTER 13<br><br>MOTION TO SUSPEND PAYMENTS TO CITIMORTGAGE, INC.<br><br>No hearing required. |

**TO THE HONORABLE ELLEN CARROLL, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Debtors William Graham Hall and Kathy Anne Hall hereby move that this Court order that mortgage payments due to CitiMortgage, Inc. be suspended until satisfactory resolution of adversary proceeding no. 2:10-ap-01014. In support of this motion, debtors aver:

1. The Debtors filed this chapter 13 bankruptcy case on January 8, 2010.

2. On January 8, 2010, Debtors filed a complaint against CitiMortgage, Inc. (Adv. No. 2:10-ap-01014). This complaint was amended on January 14, 2010 (*see* Doc. #2). The amended complaint requests that this Court: (1) establish the value of the Debtors' primary residence; (2) determine the amount and extent of the second deed of trust (lien)

in favor of CitiMortgage, Inc.; and, (3) avoid and remove the lien of the second trust deed of CitiMortgage, Inc. Attached to this motion is a copy of the amended complaint.

3. On January 19, 2010, this Court issued a summons notice setting a hearing date for the Status Conference for February 18, 2010. Debtors' counsel sent the Summons and Notice of Status Conference to all interested parties on January 20, 2010. Attached is a copy of the executed Summons and Notice of Status Conference.

4. Debtors are experiencing difficulty making monthly mortgage payments to CitiMortgage, Inc.

WHERE, the Debtors request that this Court enter an Order suspending mortgage payments due to CitiMortgage, Inc. until satisfactory resolution of adversary proceeding no. 2:10-ap-01014.

Date: January 20, 2010                              By:    /s/ Timothy Umbreit
                                                                                   Timothy F. Umbreit
                                                                                   Attorney for the Debtors
                                                                                   William Graham Hall &
                                                                                   Kathy Anne Hall

Case 2:10-bk-10667-EC    Doc 21    Filed 01/20/10    Entered 01/20/10 10:02:26    Desc
Main Document    Page 3 of 5

Case 2:10-ap-01014-EC    Doc 4    Filed 01/19/10    Entered 01/19/10 17:52:29    Desc
Main Document    Page 1 of 3

Case 2:10-ap-01014-EC    Doc 3    Filed 01/14/10    Entered 01/14/10 10:48:15    Desc
Main Document    Page 1 of 3

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BANDER LAW FIRM, LLP<br>Timothy Umbreit (SBN 145932)<br>1055 West Seventh Street, Suite 1950<br>Los Angeles, California 90017<br>Telephone: (213) 873-4333<br>Facsimile: (213) 873-4334<br><br>*Attorney for Plaintiff* William Graham Hall & Kathy Anne Hall | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: William Graham Hall & Kathy Anne Hall<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-10667<br><br>ADVERSARY NUMBER 2:10-ap-01014 |
|---|---|
| William Graham Hall & Kathy Anne Hall<br>Plaintiff(s),<br><br>vs.<br><br>CitiMortgage, Inc.<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF**<br>**STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _2/18/10_, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 4/28/10    Time: 2:30p    Courtroom: 1639    Floor: 16/2

☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 1/19/10

JON D. CERETTO
Clerk of the Bankruptcy Court

By: *Sharon Sumlin*
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)    F 7004-1

| In re: William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 West Seventh Street, Suite 1950, Los Angeles, California 90017

A true and correct copy of the foregoing document described <u>MOTION TO SUSPEND PAYMENTS TO CITIMORTGAGE, INC.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>January 20, 2010,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/20/2010 | Justin Kirk | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

| In re: William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1634
Los Angeles, CA 90012-3332

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

C T Corporation System
Agent for CitiMortgage, Inc.
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                            F 9013-3.1