BANDER LAW FIRM, LLP
Timothy Umbreit (SBN 145932)
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 873-4333
Facsimile: (213) 873-4334

Attorney for Debtors William Graham Hall & Kathy Anne Hall

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:    WILLIAM GRAHAM HALL and KATHY ANNE HALL,<br><br>                           Debtors | Case No.: 2:10-bk-10667<br>CHAPTER 13<br><br>**DECLARATION OF SERVICE AND NON-RESPONSE TO DEBTORS' MOTION TO SUSPEND MORTGAGE PAYMENTS**<br><br>**Proposed Order Lodged Separately**<br><br>Hearing Date: None Required |

TO THE HONORABLE ELLEN CARROLL, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Counsel for Debtors, WILLIAM GRAHAM HALL and KATHY ANNE HALL ("Debtors"), hereby submits his declaration that no timely response and request for hearing on Debtors' motion to suspend mortgage payments was served upon Debtors. This declaration is made pursuant to LBR 9013-1(o)(3) and LBR 3015-1(w)(2).

Wherefore, Debtors request that the Court issue an order suspending mortgage payments due to CitiMortgage, Inc. until satisfactory resolution of adversary proceeding no. 2:10-ap-01014.

Respectfully submitted,

DATED: February 18, 2010                    BANDER LAW FIRM, LLP

                                            By: ____/s/ Timothy Umbreit_____
                                                Timothy F. Umbreit
                                                Attorney for Debtors
                                                WILLIAM GRAHAM HALL and
                                                KATHY ANNE HALL

1

**DECLARATION OF SERVICE AND NON-RESPONSE TO DEBTORS' MOTION TO SUSPEND PAYMENTS TO CITIMORTGAGE, INC.**

# **DECLARATION OF SERVICE AND NON-RESPONSE OF TIMOTHY F. UMBREIT, DEBTORS' COUNSEL PURSUSANT TO LBR 9013-1(o)(3) & LBR 3015-1(w)(2)**

I, Timothy F. Umbreit, hereby declare the following:

1. I am an attorney at law, duly licensed to practice before all United States Bankruptcy Court, Central District of California, and am an employee of Bander Law Firm, LLP, attorneys of record for Debtors, William Graham Hall & Kathy Anne Hall ("Debtors"). I have personal knowledge of the facts contained in this declaration and if called as a witness, I could and would testify competently to these matters under oath.

2. On February 3, 2010, Debtors through counsel caused to be filed and served a notice of motion and motion to suspend Mortgage payments to CitiMortgage, Inc. until satisfactory resolution of adversary proceeding no. 2:10-ap-01014.

3. On February 3, 2010, in said motion and notice Debtor also provided notice that pursuant to Local Bankruptcy Rule 9013-1(o)(1), any response and request for hearing must be filed with the Court and served on the movant and the United States Trustee within 14 days after the date of service of the notice.

4. A copy of the motion, notice, and proof of service of the notice and motion are attached herewith as **Exhibit 1**.

5. To date, no timely response and request for hearing was served upon Debtors.

6. Similarly, the Chapter 13 Trustee did not timely file and serve a response.

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct.

Executed on February 18, 2010 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy F. Umbreit____
　　　　　　　　　　　　　　　　　　　　　　Timothy F. Umbreit, Declarant

1

| In re: William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 West Seventh Street, Suite 1950, Los Angeles, California 90017

A true and correct copy of the foregoing document described DECLARATION OF SERVICE AND NON-RESPONSE TO DEBTORS' MOTION TO SUSPEND MORTGAGE PAYMENTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/3/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kathy A Dockery    efiling@CH13LA.com
- Timothy F Umbreit   bk@banderlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 02/18/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/18/2010 | Maya Bitton | /s/ Maya Bitton |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**PROOF OF SERVICE**

**<u>Service Information – Service via US Mail</u>**

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1634
Los Angeles, CA 90012-3332

C T Corporation System
Agent for CitiMortgage, Inc.
818 West Seventh Street
Los Angeles, CA 90017

**PROOF OF SERVICE**