| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BANDER LAW FIRM, LLP<br>Timothy Umbreit (SBN 145932)<br>1055 West Seventh Street, Suite 1950<br>Los Angeles, California 90017<br>Telephone: (213) 873-4333<br>Facsimile: (213) 873-4334<br><br>☒ Attorney for Debtors<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>MAR 01 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 2:10-bk-10667 |
| In re:<br><br>William Graham Hall & Kathy Anne Hall<br><br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: DEBTOR'S MOTION TO SUSPEND PAYMENTS TO CITI MORTGE, INC.**

Based on Debtor's Motion filed on February 3, 2010 as docket entry number 27 and Debtors' counsel Declaration of non-response filed on February 8, 2010 as docket number 29, and the court finding no legal basis for the relief requested in the motion, it is ORDERED that Debtors' Motion is:

☐   GRANTED          ☒   DENIED

☐   GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐   GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*    **F 3015-1.14**

| In re:<br>William Graham Hall & Kathy Anne Hall | Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-10667 |
|---|---|---|

☐ Set for Hearing on _____ at _____.

###

DATED: March 1, 2010

*/s/ Ellen Carroll*
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

| In re:<br>William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described <u>ORDER ON DEBTOR'S MOTION TO SUSPEND PAYMENTS TO CITIMORTGAGE, INC.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   2/18/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/18/2010 | Maya Bitton | /s/ Maya Bitton |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 4*    **F 3015-1.14**

| In re:<br>William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1634
Los Angeles, CA 90012-3332

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

C T Corporation System
Agent for CitiMortgage, Inc.
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.14**

F 3015-1.14

| In re:<br>William Graham Hall & Kathy Anne Hall | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-10667 |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON DEBTOR'S MOTION TO SUSPEND PAYMENTS TO CITIMORTGAGE, INC. was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 2/3/2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kathy A Dockery    efiling@CH13LA.com
- Timothy F Umbreit    bk@banderlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Timothy Umbreit, Bander Law Firm, LLP, 1055 West Seventh Street, Suite 1950, Los Angeles, CA 90017

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

C T Corporation System, Agent for CitiMortgage, Inc., 818 West Seventh Street. Los Angeles, CA 90017

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14